WILLIAM F. RYAN, Plaintiff-Appellee, *v.* JERRY G. WAGNER, Defendant-Appellant.

(No. 55194;

First District (1st Division)—January 29, 1973.

Opinion by Mr. JUSTICE EGAN.

Richard S. McKay, of Law Office of Joseph Udoni, of Chicago, (Joseph B. Lederleitner, of counsel,) for appellant.

McGuire & Haney, of Chicago, for appellee.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ALBERT N. JENKINS, Defendant-Appellant.

(No. 56261;

First District (2nd Division)—February 20, 1973.